# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| LAMARCUS LAMAR GULLY | Case Number: CR 08-3005-2-MWB |
| | USM Number: 03638-029 |
| ☐ Revocation of Probation | Michael Nelson |
| ☒ Revocation of Supervised Release | Defendant's Attorney |
| ☐ Modification of Supervision Conditions | |

## THE DEFENDANT:

☒ admitted guilt to violation(s)    1, 2, 3, 4a-b, 5a-b, 6, and 7    of the term of supervision.

☐ was found in violation of                             after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Comply with Drug Testing | 05/17/2012 |
| 2, 4a-b, 5a-b | Law Violation | 09/28/2016 |
| 3 | Failure to Notify USPO of Contact with Law Enforcement | 12/17/2016 |
| 6 | Possession of a Controlled Substance | 09/28/2016 |
| 7 | Association with Person Engaged in Criminal Activity | 09/28/2016 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of              and is discharged as to such violation(s).

☒ The Court did not make a finding regarding violation(s)    5c

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Mark W. Bennett
U.S. District Court Judge
Name and Title of Judge                         Signature of Judge

May 15, 2017                                    5.15.17
Date of Imposition of Judgment                     Date

DEFENDANT: **LAMARCUS LAMAR GULLY**
CASE NUMBER: **CR 08-3005-2-MWB**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

☒ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **36 months, to run consecutively to any sentence imposed in Webster County, Iowa District Court case number FECR353524.**

☐ The court makes the following recommendations to the Federal Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **LAMARCUS LAMAR GULLY**
CASE NUMBER: **CR 08-3005-2-MWB**

## SUPERVISED RELEASE

☒ Upon release from imprisonment, the defendant shall be on supervised release for a term of: **No Term of Supervised Release is re-imposed.**

☐ The defendant's supervision is continued with the addition of special condition number(s):

DEFENDANT: LAMARCUS LAMAR GULLY
CASE NUMBER: CR 08-3005-2-MWB